# United States Court of Appeals
## For the First Circuit

No. 20-1797

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,

DEBTORS.

JOSE RAMON RIVERA-RIVERA, President, Fiduciary, and Trustee of the Board of Trustees of the Electric Power Authority's Employees' Retirement System; SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA AUTORIDAD DE ENERGIA ELECTRICA, (SREAEE); BOARD OF TRUSTEES OF THE PUERTO RICO ELECTRIC POWER AUTHORITY EMPLOYEES' RETIREMENT SYSTEM; RALPHIE E. DOMINICCI RIVERA; ANGEL R. FIGUEROA-JARAMILLO; JUAN CARLOS ADROVER; SAMMY RODRIGUEZ; ALVIN ROMAN; ERNESTO ZAYAS LOPEZ, a/k/a Erasto Zayas Lopez,

PLAINTIFFS-APPELLANTS,

v.

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA); FERNANDO GIL ENSEAT; CARLOS M. YAMIN-RIVERA; ROBERT POE; CHARLES BAYLESS; DAVID K. OWENS; RALPH A. KREIL; GERARDO LORAN-BUTRON; TOMAS TORRES-PLACA; PEDRO R. PIERLUISI,

DEFENDANTS-APPELLEES,

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

INTERESTED PARTY-APPELLEE,

ERNESTO SGROI HERNANDEZ; RICARDO ROSSELLO NEVARES; CHRISTIAN SOBRINO-VEGA,

---

**ERRATA SHEET**

The opinion of this Court, issued on October 27, 2021, is amended as follows:

On the cover page, change "Fiscal Oversight and Management Board for Puerto Rico" to be "Financial Oversight and Management Board for Puerto Rico"

On page 4, line 7, change "Rican" to be "Rico"

On page 5, line 8, change "Fiscal" to be "Financial"

On page 10, line 19-21, change "that it failed to show what past 'specific actions in mind that [the Retirement System] hope[d] to eschew, or that they intended to modify,'" to be "that it failed to show what past 'specific actions [the Retirement System had] in mind that [it] hope[d] to eschew, or that [it] intend[ed] to modify,'"

On page 15, lines 7-8, change "[Fiscal Oversight and Management Board]" to "[FOMB]"